## Joseph J. Grealish, Appellee, v. Sykes Steel Roofing Company, Appellant.

### Gen. No. 18,347. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. JOHN McNUTT, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Reversed with finding of facts. Opinion filed October 9, 1913.

## Statement of the Case.

Action by Joseph J. Grealish against Sykes Steel Roofing Company, a corporation, to recover damages for personal injuries. From a judgment for plaintiff for two thousand two hundred and fifty dollars, defendant appeals.

J. F. DAMMANN, JR., for appellant.

MARVIN E. BARNHART, for appellee.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

## Abstract of the Decision.

1. MASTER AND SERVANT, § 358*—*when servant is of sufficient age to assume the risk of injury.* A servant aged eighteen years and six months who is engaged as a helper to a mechanic in connecting rain spouts on a building, and who is required to walk upon a ledge about fourteen inches wide, twenty-five feet above the ground, is of sufficient age to appreciate the danger of his employment.

2. MASTER AND SERVANT, § 316*—*when servant assumes the risk of injury.* Where a servant assisting a mechanic in connecting rain spouts on a building was requested to throw a rope to such mechanic a distance of about ten feet, such servant being then upon a narrow ledge about twenty-five feet above the ground, *held* that the servant was not misled by the order, and that he assumed the risk of falling from the ledge.